# United States Court of Appeals
## For the First Circuit

No. 21-2002

G.P.,

Petitioner,

v.

MERRICK B. GARLAND, ATTORNEY GENERAL,

Respondent.

**JUDGMENT**

Entered: July 13, 2023

This cause came on to be heard on a petition for review of an order of the Board of Immigration Appeals and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged, and decreed as follows: G.P.'s petition for review is granted, the Board of Immigration Appeals' decision is vacated, and the matter is remanded to the Board of Immigration Appeals with directions to remand to the Immigration Judge for further consideration of G.P.'s Convention Against Torture claim consistent with the opinion issued this day.

By the Court:

Maria R. Hamilton, Clerk

cc: Donna Carr, Chief Clerk, Board of Immigration Appeals, Gilles R. Bissonnette, Anand Balakrishnan, SangYeob Kim, Oil, Giovanni Di Maggio, Richard Kelley, Adam S. Gershenson, Angela L. Dunning, Robby Lee Ray Saldana, Marc Suskin, Alexander Robledo, Courtney H.G. Herz, Jennifer P. Lyon, Trina A. Realmuto, Kristin Macleod-Ball