# United States Court of Appeals
## For the First Circuit

No. 21-2002

G.P.,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

Before

Gelpí, Howard, and Thompson,
<u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: August 3, 2023

Petitioner G.P.'s Motion to Publish Opinion is denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Gilles R. Bissonnette, Anand Balakrishnan, SangYeob Kim, Oil, Giovanni Di Maggio, Richard Kelley, Adam S. Gershenson, Angela L. Dunning, Robby Lee Ray Saldana, Marc Suskin, Alexander Robledo, Courtney H.G. Herz, Jennifer P. Lyon, Trina A. Realmuto, Kristin Macleod-Ball